

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| STUART L. LEEDS, | § | No. 08-13-00168-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 5 |
| COMMISSION FOR LAWYER DISCIPLINE, | § | of El Paso County, Texas |
|  | § | (TC # 2012-DCV-03258) |
| Appellee. | § | |

## MEMORANDUM OPINION

Stuart L. Leeds, Appellant, has filed a motion to dismiss this appeal pursuant to Tex.R.App.P. 42.1(a)(1) because the parties have reached an agreement to resolve the disputes between them. As part of the agreement, Appellant agreed to dismiss this appeal. We grant the motion and dismiss the appeal. The motion does not reflect that the parties have made any agreement regarding costs. Accordingly, costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

October 30, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.